## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIMBERLY FALCONE | : | |
| | : | |
| DEBTOR | : | NO. 18-16354 AMC |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Albert J. Scarafone, Esquire, counsel for Debtor(s) (the "Application"), and upon Counsel for Debtors(s) request to retain jurisdiction at the Motion to Dismiss hearing on May 28, 2019, IT IS ORDERED THAT:

1.  The case is dismissed.

2.  Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed, pre-confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor(s) or any other entity pending further order of this court.

3.  A hearing shall be held on _____, 2019 at _____ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4.  Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.  Counsel for the Debtor shall serve this Order on all creditors and interested parties file a Certification of Service on or before _____.

Dated: _____

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:
Albert J. Scarafone, Esquire
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106

Kimberly Falcone
614 Gary Lane
Norristown, PA 19401-3520