United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Falcone
    Debtor

Case No. 18-16354-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW               Page 1 of 2                  Date Rcvd: May 28, 2019
                              Form ID: pdf900              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db              Kimberly A. Falcone,    614 Gary Lane,    Norristown, PA  19401-3520
cr             +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
14268031        Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                 Blue Bell, PA 19422-3372
14202722       +Michael P. Clarke, Esquire,    Rudolph Clarke, LLC,    350 Sentry Parkway East,
                 Building 630, Suite 110-A,    Blue Bell, PA 19422-2314
14205459       +Montgomery County Tax Claim Bureau,    Centre Square West, Suite 3400,    1500 Market Street,
                 Philadelphia, PA 19102-2100
14202723       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza,    Suite 600,
                 Norristown, PA 19401-4851
14202725        Municipality of Norristown,    225 E. Airy Street,    Norristown, PA 19401
14229330       +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14202724       +Municipality of Norristown,    235 East Airy Street,    Norristown, PA 19401-5003
14242703       +Municipality of Norristown,    c/o James R Wood, Esq.,    2700 Horizon Drive, Suite 100,
                 King of Prussia, PA 19406-2726
14272062       +PNC BANK, NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14202726        PNC Bank,   P.O. Box 747032,    Pittsburgh, PA 15274-7032
14241641       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14202727       +Portnoff Law Associates, LTD,    2700 Horizon Drive,    Suite 100,
                 King of Prussia, PA 19406-2726
14202728       +Tempoe LLC/Kmart,    c/o Security Credit Services,    2653 West Oxford Lopp #108,
                 Oxford, MS 38655-2929
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 29 2019 02:53:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 02:52:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2019 02:53:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14236881        E-mail/Text: g20956@att.com May 29 2019 02:53:15     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER,, NJ 07921-2693
14220742       +E-mail/Text: bnc@atlasacq.com May 29 2019 02:52:29     Atlas Acquisitions LLC,   c/o Avi Schild,
                 294 Union St.,    Hackensack, NJ 07601-4303
14231336       +E-mail/Text: bnc@atlasacq.com May 29 2019 02:52:29     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14205460*      +Montgomery County Tax Claim Bureau,    Centre Square West, Suite 3400,    1500 Market Street,
                 Philadelphia, PA 19102-2100
                                                                                  TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: May 28, 2019
                              Form ID: pdf900             Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kimberly A. Falcone scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JAMES RANDOLPH WOOD     on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI     on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIMBERLY FALCONE | : | |
| | : | |
| DEBTOR | : | NO. 18-16354 AMC |

ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Albert J. Scarafone, Esquire, counsel for Debtor(s) (the "Application"), and upon Counsel for Debtors(s) request to retain jurisdiction at the Motion to Dismiss hearing on May 28, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed, pre-confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor(s) or any other entity pending further order of this court.

3. A hearing shall be held on June 18, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for the Debtor shall serve this Order on all creditors and interested parties file a Certification of Service on or before June 11, 2019.

Dated: **May 28, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:
Albert J. Scarafone, Esquire
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106

Kimberly Falcone
614 Gary Lane
Norristown, PA 19401-3520