UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Kimberly A. Falcone    )    Chapter 13
    )
    )    18-16354 AMC

**CERTIFICATION OF SERVICE**

I, Albert J. Scarafone, Esquire, hereby certify that on May 31, 2019, I served a true and correct copy of the Court Order dated May 28, 2019, setting a hearing for June 18, 2019 @ 11:00 A.M. to consider Debtor's Application for Compensation and allowance of treatment of claim as an administrative expense pursuant to 11 U.S.C. §503(b), upon all creditors, debtors(s) and interested parties by first class mail, postage pre-paid at the addresses listed on the proof of claims or by electronic means.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esquire
HILL, FRIEDLAND & SCARAFONE
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone No. 610-275-4000
Fax No. 610-275-4883