UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Kimberly A. Falcone    )    Chapter 13
                                 )
                                 )    18-16354 AMC

## **CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor, hereby certify that as of June 17, 2019, I have received no response and no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

                                                /s/ Albert J. Scarafone
                                                Albert J. Scarafone, Jr., Esq.
                                                Hill, Friedland & Scarafone
                                                1717 Swede Road, Suite 200
                                                Blue Bell, PA 19422-3372
                                                (610) 275-4000