**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Kimberly A. Falcone | ) | Chapter 13 |
| | ) | |
| | ) | 18-16354 AMC |

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, this      day of                   , 2019, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,810.00, shall be paid to Debtor's counsel as an administrative expense to the extent provided for by the terms of Debtor's confirmed chapter 13 plan.

BY THE COURT:

**Date: June 18, 2019**

_____
Ashely M. Chan
Bankruptcy Judge
United States Bankruptcy Court

cc:

*Frederick J. Baker, Assistant US Trustee*
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Kimberly A. Falcone
614 Gary Lane
Norristown, PA 19401-3520

*William C. Miller, Chapter 13 Standing Trustee*
1234 Market Street
Suite 1813
Philadelphia, PA 19107

*Albert J. Scarafone,Jr., Esquire*
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372