```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                        Case No. 18-16354-amc
Kimberly A. Falcone                                           Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1           Date Rcvd: Jun 18, 2019
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db             Kimberly A. Falcone,    614 Gary Lane,    Norristown, PA   19401-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kimberly A. Falcone scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

    Kimberly A. Falcone    ) Chapter 13
    )
    ) 18-16354 AMC

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this ___ day of _____, 2019, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,810.00, shall be paid to Debtor's counsel as an administrative expense to the extent provided for by the terms of Debtor's confirmed chapter 13 plan.

BY THE COURT:

**Date: June 18, 2019**

_____
Ashely M. Chan
Bankruptcy Judge
United States Bankruptcy Court

cc:
*Frederick J. Baker, Assistant US Trustee*
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Kimberly A. Falcone
614 Gary Lane
Norristown, PA 19401-3520

*William C. Miller, Chapter 13 Standing Trustee*
1234 Market Street
Suite 1813
Philadelphia, PA 19107

*Albert J. Scarafone, Jr., Esquire*
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372